JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARILYN HAYDEN and ROSS HAYDEN,<br><br>　　　　Plaintiffs,<br>v.<br>AMERICAN HONDA MOTOR CO., INC.; and DOES 1 THROUGH 10, inclusive,<br><br>　　　　Defendants. | Case No.: 2:23-cv-10891-CBM-AS<br><br>*Hon. Consuelo B. Marshall, Courtroom 8D*<br><br>**JUDGMENT**<br><br>Action Filed:　December 29, 2023<br>Trial Date:　　August 12, 2025 |

1   Pursuant to the jury's unanimous verdict of August 15, 2025,
2   IT IS HEREBY ADJUDGED that judgment is entered in favor of
3   Defendants American Honda Motor Co., Inc. and Does 1 through 10, and this
4   action is hereby dismissed with prejudice.  Defendants shall recover costs from
5   Plaintiffs Marilyn Hayden and Ross Hayden.
6   **IT IS SO ORDERED.**
7
8   DATED:  December 5, 2025.
9   CONSUELO B. MARSHALL
    UNITED STATES DISTRICT JUDGE